```
 1 | PACIFIC TRIAL ATTORNEYS
   | A Professional Corporation
 2 | Scott J. Ferrell, Bar No. 202091
   | sferrell@pacifictrialattorneys.com
 3 | 4100 Newport Place Drive, Ste. 800
   | Newport Beach, CA 92660
 4 | Tel: (949) 706-6464
   | Fax: (949) 706-6469
 5 |
 6 | Attorneys for Plaintiff
 7 |
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| ANNETTE CODY, individually and on behalf of all other similarly situated, | Case No. 8:22-cv-01627-JWH-DFM |
|---|---|
| Plaintiff, | Judge: Hon. John W. Holcomb |
| v. | **PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |
| ATHLETIC PROPULSION LABS LLC, a California limited liability company; and DOES 1 through 25, inclusive, | |
| Defendants. | Action Filed: September 1, 2022 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Annette Cody dismisses with prejudice this action against Athletic Propulsion Labs LLC. Defendant has not yet filed or served an answer to Plaintiff's Complaint, nor filed a motion for summary judgment.

Dated: November 3, 2022

PACIFIC TRIAL ATTORNEYS

By: */s/ Scott J. Ferrell*
    Scott J. Ferrell
    Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2022, I electronically filed the foregoing **PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell Esq.*
Scott J. Ferrell, Esq.